UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL EUGENE SHAW,<br><br>            Plaintiff,<br><br>    v.<br><br>HARRIS FARMS, INC., a California Corporation,<br><br>            Defendant. | No.  1:20-cv-00282-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 8) |

       On April 24, 2020, Plaintiff filed "Plaintiff's Notice of Voluntary Dismissal With Prejudice," pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  (Doc. 8.)  The body of the notice states that "Plaintiff Cecil Eugene Shaw, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)."  (*Id.*) (emphasis in original). Plaintiff filed this notice before Defendant served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **April 27, 2020**                        /s/ *Sheila K. Oberto*  
                                                                     UNITED STATES MAGISTRATE JUDGE